# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JERRY CHAMPION                                                          PLAINTIFF
ADC #91354

V.                                    NO: 2:10CV00070 DPM/HDY

RICHER CLARK *et al.*                                                   DEFENDANTS

## ORDER

Pursuant to Plaintiff's representation in his motion for appointment of counsel (docket entry

#15), the Clerk is directed to update the docket sheet to reflect his timely jury demand.

IT IS SO ORDERED this ___7___ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE