**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JERRY CHAMPION                                                                                          PLAINTIFF
ADC #91354

V.                                            NO: 2:10CV00070 DPM/HDY

RICHARD CLARK *et al.*                                                                        DEFENDANTS

### ORDER

Plaintiff filed this complaint (docket entry #2) on May 17, 2010, and service was ordered. On July 7, 2010, the summons was returned unexecuted as to Defendants Manning Jones, Sharon Jones, and Richard Clark[1] (docket entries #21-#23). Service for Manning Jones and Sharon Jones had been attempted in the care of the Arkansas Department of Correction ("ADC"), but was returned because they are not employed at the ADC. However, a note accompanying the return indicates that they may be employed by the prison medical contractor. A note accompanying Clark's return indicates that he is no longer employed by the medical contractor, but counsel for the contractor provided his last known address, which is filed under seal. Accordingly, service for Manning Jones and Sharon Jones will be attempted in the care of counsel for the prison's medical contractor, and service for Clark will be attempted at his last known address.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct name of Defendant Richard Clark.

---

[1] Plaintiff identified Clark as Richer, rather than Richard, but documentation accompanying the returned summons indicates that Clark's actual name is Richard.

1

2. Defendant Richard Clark's last known addresses shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Richard Clark, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Richard Clark, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove Richard Clark's address prior to forwarding a copy to Plaintiff.

5. The Clerk of the Court is directed to prepare a summons for Manning Jones and Sharon Jones, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, on them, in the care of counsel for the prison medical contractor, without prepayment of fees and costs or security therefor.

DATED this __9__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE