# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JERRY CHAMPION                                                                           PLAINTIFF
ADC #91354

V.                              NO: 2:10CV00070 DPM/HDY

RICHARD CLARK *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff filed this complaint on May 17, 2010, and service was ordered. On August 12, 2010, the summons was returned unexecuted as to Defendant Sharon Jones (docket entry #50). Service had been attempted in the care of counsel for the prison's medical contractor. However, a note accompanying the return indicated that Sharon Jones was not an employee of the contractor, and counsel for the contractor had no knowledge of a Sharon Jones. Plaintiff was therefore ordered to provide the correct name of the individual he identified as Sharon Jones. Plaintiff complied with the order (docket entry #58), and requested that Jones's name be corrected to Flover Jones. Service was again attempted, but was attempted at the Arkansas Department of Correction ("ADC"). On September 9, 2010, the summons was returned unexecuted, with a note from the ADC indicating that there is no Flover Jones employed at the ADC, but that Flover Jones may be a current or former employee of the prison's medical contractor. Accordingly, service will be attempted in the care of counsel for the ADC's medical contractor.

IT IS THEREFORE ORDERED THAT service is appropriate for Defendant Flover Jones, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon Defendant Flover Jones, in the care of counsel for the ADC's medical

contractor, without prepayment of fees and costs or security therefor.

DATED this   10   day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE