IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JERRY CHAMPION                                                                                         PLAINTIFF
ADC #91354

V.                                            NO: 2:10CV00070 DPM/HDY

RICHARD CLARK *et al.*                                                                           DEFENDANTS

## ORDER

Plaintiff filed this complaint and service was ordered.  On October 19, 2010, the summons was returned unexecuted as to Defendant Flover Jones (docket entry #77).  Service for Jones had been attempted in the care of the counsel for the prison's medical contractor, but was returned with a note indicating that the contractor believes the individual to be Flora Jones, and because Flora Jones is a former employee, service could not be accepted.  However, Flora Jones's last known address was provided under seal, and service will therefore be attempted there.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk is directed to change the style of the case to reflect the correct name of Defendant Flora Jones.

2.   Defendant Flora Jones's last known addresses shall not be made part of any public record.

3.   The Clerk of the Court shall prepare a summons for Defendant Flora Jones, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #81), and this order, on Flora Jones, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

1

      4.      Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove Flora Jones's address prior to forwarding a copy to Plaintiff.

      DATED this __20__ day of October, 2010.

                                                                                          UNITED STATES MAGISTRATE JUDGE