**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JERRY CHAMPION                                                             PLAINTIFF
ADC #91354

V.                         NO: 2:10CV00070 DPM/HDY

RICHARD CLARK *et al.*                                       DEFENDANTS

**ORDER**

      Plaintiff filed this complaint and service was ordered. On November 3, 2010, the summons was returned unexecuted as to Defendants Amanda Norman and Walter Holloway (docket entries #96 & #97). Service had been attempted in the care of counsel for the prison's medical contractor, but was returned with a note indicating that because neither Norman nor Holloway are current employees, service could not be accepted. However, the last known address for both Defendants was provided, and service will therefore be attempted there.

      IT IS THEREFORE ORDERED THAT:

      1.     The last known addresses of Defendants Amanda Norman and Walter Holloway shall not be made part of any public record.

      2.     The Clerk of the Court shall prepare a summons for Defendants Norman and Holloway, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), amended complaint (docket entry #81), and this order, on Norman and Holloway, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

      3.     Upon re-issuance of the summons and complaint, the United States Marshal is hereby

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

DATED this __4__ day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE