**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JERRY CHAMPION                                                                                    PLAINTIFF
ADC #91354

V.                                          NO: 2:10CV00070 HDY

RICHARD CLARK *et al.*                                                                         DEFENDANTS

## ORDER

On January 12, 2011, Plaintiff filed what has been docketed as a motion to compel, apparently seeking information regarding Defendants' employment status. Plaintiff's motion is essentially a discovery request. Accordingly, the motion (docket entry #134) is DENIED, and Plaintiff should pursue his discovery requests pursuant to the Federal Rules of Civil Procedure.

IT IS SO ORDERED this   20   day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE